IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASCENSION DATA & ANALYTICS, LLC, ROCKTOP PARTNERS, LLC, AND ROCKTOP HOLDINGS II, LLC<br><br>    Petitioners,<br><br>v.<br><br>PAIRPREP, INC. d/b/a OPTICSML,<br><br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:23-CV-00552-N<br>§<br>§<br>§<br>§<br>§ |

## **<u>FINAL JUDGMENT</u>**

By separate Memorandum Opinion and Order of this same date, the Court dismissed this case without prejudice for lack of subject matter jurisdiction. Accordingly, the Court denied Petitioners Ascension Data & Analytics, LLC, Rocktop Partners, LLC, Rocktop Holdings II, LLC, and Rocktop Technologies' (collectively "Petitioners") motions for preliminary injunction and leave to file amended pleadings, as well as Defendant Pairprep, Inc.'s motion for sanctions, as moot. It is, therefore, ordered that Petitioners' claims are dismissed without prejudice. Court costs are taxed against the party incurring costs. This is a final judgment.

Signed September 11, 2023.

David C. Godbey
Chief United States District Judge

ORDER – PAGE 1